**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: DANIELLE L. SKILLING                §     Case No. 09-74105
                                            §
                                            §
                                            §
         Debtors                            §

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/24/2009.

2) The plan was confirmed on 12/18/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 01/01/1900.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 04/19/2010.

6) Number of months from filing or conversion to last payment: 4.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $20,122.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 6,379.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 6,379.00 |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,200.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 478.42 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,678.42 |
| Attorney fees paid and disclosed by debtor: | $ 300.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BRIAN A. HART | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,200.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Sec | 1,200.00 | 1,200.00 | 1,200.00 | 573.97 | 0.00 |
| BANK OF AMERICA NA | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES LP | Sec | 2,800.00 | 2,937.91 | 2,800.00 | 225.37 | 70.38 |
| DELL FINANCIAL SERVICES LP | Uns | 0.00 | 0.00 | 137.91 | 0.00 | 0.00 |
| SILVERLEAF RESORTS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA/WELLS | Sec | 20,000.00 | 20,000.00 | 20,000.00 | 1,327.93 | 502.93 |
| WELLS FARGO BANK NA/WELLS | Uns | 0.00 | 730.83 | 730.83 | 0.00 | 0.00 |
| ACCOUNTS RECEIVABLE | Uns | 997.00 | NA | NA | 0.00 | 0.00 |
| ADT SECURITY SERVICES | Uns | 53.34 | NA | NA | 0.00 | 0.00 |
| AMCORE BANK | Uns | 181.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS CENTURION | Uns | 2,855.00 | 2,995.75 | 2,995.75 | 0.00 | 0.00 |
| AT&T | Uns | 67.11 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 3,886.00 | NA | NA | 0.00 | 0.00 |
| BETH ISRAEL DEACONESS | Uns | 654.38 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 2,475.00 | NA | NA | 0.00 | 0.00 |
| CR EVERGREEN LLC | Uns | 5,104.00 | 5,275.83 | 5,275.83 | 0.00 | 0.00 |
| CHECKS FOR CASH | Uns | 2,310.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CITI BANK / DFS | Uns | 2,943.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION LOAN SEVICING | Uns | 2,450.00 | 67,303.28 | 67,303.28 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 332.87 | 400.61 | 400.61 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 1,898.00 | 1,978.79 | 1,978.79 | 0.00 | 0.00 |
| GE MONEY BANK dba CAR CARE | Uns | 585.00 | 969.15 | 969.15 | 0.00 | 0.00 |
| HARRY W. DARLAND MD | Uns | 15.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Uns | 4,000.00 | NA | NA | 0.00 | 0.00 |
| LUTHERAN HIGH SCHOOL | Uns | 897.22 | NA | NA | 0.00 | 0.00 |
| OSF ST ANTHONY MEDICAL | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 585.46 | 638.22 | 638.22 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 200.00 | 411.63 | 411.63 | 0.00 | 0.00 |
| ROSECRANCE ON HARRISON | Uns | 743.84 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 1,019.00 | 1,080.39 | 1,080.39 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 2,422.00 | 2,526.23 | 2,526.23 | 0.00 | 0.00 |
| UNITED MILEAGE PLUS | Uns | 5,104.97 | NA | NA | 0.00 | 0.00 |
| WASTE MANAGEMENT OF | Uns | 154.25 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO EDUCATION | Uns | 8,460.00 | 8,354.45 | 8,354.45 | 0.00 | 0.00 |
| XPRESS LOAN SERVICING | Uns | 63,175.00 | NA | NA | 0.00 | 0.00 |
| XPRESS LOAN SERVICING | Uns | 221.90 | NA | NA | 0.00 | 0.00 |
| CAROL MANNONE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL | Uns | 1,800.00 | 2,335.00 | 2,335.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 21,200.00 | $ 1,901.90 | $ 502.93 |
| All Other Secured | $ 2,800.00 | $ 225.37 | $ 70.38 |
| **TOTAL SECURED:** | $ 24,000.00 | $ 2,127.27 | $ 573.31 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 95,138.07 | $ 0.00 | $ 0.00 |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 3,678.42 |
| Disbursements to Creditors | $ 2,700.58 |
| **TOTAL DISBURSEMENTS:** | $ 6,379.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  05/05/2010              By:  /s/ Lydia S. Meyer
                                    Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)